**Fill in this information to identify the case:**

Debtor 1: John Vollmer

Debtor 2: Doris Vollmer
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Ohio
(State)

Case number: 2:18-bk-55620

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 7 5 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2020

**New total payment:** $ 951.08
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 360.13    New escrow payment: $ 389.82

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  __John Vollmer__                             Case number (*if known*) __2:18-bk-55620__
          First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves                             Date  02/ 19/ 2020
  Signature

Print:     Michelle R. Ghidotti-Gonsalves                        Title  AUTHORIZED AGENT
           First Name   Middle Name   Last Name

Company    Ghidotti Berger, LLP

Address    1920 Old Tustin Ave
           Number        Street
           Santa Ana, CA 92705
           City                      State      ZIP Code

Contact phone  ( 949 ) 427 – 2010                                Email  mghidotti@ghidottiberger.com

**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424  Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com    NMLS #4920    DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112    Fax: (714) 282-5775

# Annual Escrow Disclosure Statement

| | | | |
|---|---|---|---|
| **Borrower :** | JOHN G VOLLMER<br>6011 SHARON WOODS BLVD<br>COLUMBUS, OH 43229 | **Present Loan Information :** | Account Number<br>Paid To Date        12/01/2019<br>Principal balance    $42,339.32<br>Note Rate             5.625%<br>Regular Payment      $561.26<br>Escrow Payment       $360.13<br>Suspense Payment      $0.00<br>Other Payments        $0.00<br>Suspense Balance    $580.19<br>Escrow Balance      $665.80<br>Unpaid Interest       $0.00<br>Unpaid Charges        $0.00 |
| **Property Address :** | 6011 SHARON WOODS BOULEVARD<br>COLUMBUS, OH 43229 | | |

Dear JOHN G VOLLMER :

Enclosed is your Escrow Disclosure Statement and notice of new mortgage payment for your loan. At least once a year FCI reviews your escrow account to determine if the current monthly payment amounts are sufficient to cover your projected taxes and/or insurance premiums. Increases or decreases in your annual tax and/or insurance amounts may cause your monthly payment to change. The first section of the Statement projects activity for the upcoming 12 months as well as any changes to your monthly installment. Prior Year Escrow Payment Activity on the Statement reflects activity on your escrow account from December 2019 through March 2020. Payments are shown in the month received which may not necessarily be the month due. **The Statement assumes timely receipt of payments and scheduled disbursements through March 31, 2021.**

**Surplus:** A Surplus is the amount by which a current impound/escrow balance exceeds the target balance for the 12-month period for the impound/escrow account. Refunds due to Surplus will be mailed within 30 days. Tax bills other than the annual secured bill are your responsibility to pay. Before spending your refund, you should check with your local County Tax Collector and/or the Assessor's Office to determine if a Supplemental Tax Bill is pending or expected to be issued.

**Shortage:** A Shortage means that an amount by which a current impound/escrow account balance falls short of the target balance at the time of the impound/escrow analysis. Some reasons for the shortage include deficiency of total payments received and increases in tax and/or insurance amount during the projection year. If you choose to pay the escrow shortage in full rather than have it collected over 12 months, your new monthly payment is the amount listed in the top portion of your Statement. Your check for the lump sum payment and request should be submitted directly to FCI Lender Services, Inc. Attn: Escrow Department at the address listed below.

**Deficiency:** A Deficiency is the amount of a negative balance in an impound/escrow account which occurs due to the Servicer advancing funds to pay the impound/escrow item.

**Target Balance:** A Target Balance means the estimated month-end balance in an impound/escrow account that is just sufficient to cover the remaining disbursements from the impound/escrow account for the remainder of the 12 month period that are required to cover annual taxes, insurance, or other escrow/impound items.

Please take the time to review the Statement prior to the changes taking place. Changes to your monthly installment, as indicated in your Statement, will be reflected on your April, 2020 billing statement. If you are using an automatic payment provider, please notify them of the change in payment amount to avoid possible late fees.

If you have any questions regarding this Statement, please call our toll free number at 800-931-2424, Ext. 650, Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m. Pacific Standard Time or visit our website www.trustfci.com at anytime. When calling, please reference your loan number, so that we may better serve you.

Regards,

Customer Care Department
FCI Lender Services, Inc.

**Account:**           **Statement Date:** 02-01-2020

FCI Lender Services, Inc. * PO BOX 28720 * Anaheim * CA 92809-0112 * NMLS#4920 * DRE # 01022780 * www.trustfci.com

**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424  Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com    NMLS #4920    DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112    Fax: (714) 282-5775

# Annual Escrow Disclosure Statement

| SUMMARY | |
|---|---:|
| Total Projected Payments from Escrow | $4,338.51 |
| Divide by # of Months in Statement Period | 12 |
| Equals Monthly Projected Payments to Escrow | $361.54 |
| Target Balance = Projected Pymt to Escrow + 2 extra month cushion | $5,061.70 |
| Starting Projected Balance (+) | $1,746.19 |
| Starting Required Balance (-) | $2,085.47 |
| Delinquency Vouchers (-) | $0.00 |
| Your account is showing a shortage (see letter for more information regarding shortage) | $339.28 |
| Shortage divided by 12 months | $28.27 |
| **P&I:** $561.26  **New Escrow:** $389.82  **New Payment:** $951.08 | |

| NEW PAYMENT INFORMATION AS OF 4/1/2020 | |
|---|---:|
| Principal & Interest | $561.26 |
| Escrow Payment | $361.55 |
| Shortage | $28.27 |
| Surplus | $0.00 |
| Deficiency | $0.00 |
| Suspense Payment | $0.00 |
| Others | $0.00 |
| Payment Amount | $951.08 |
| New Payment Date | 04/01/2020 |

**IMPORTANT NOTE:** It is our goal to provide you with accurate escrow information. If your loan account is delinquent, this analysis may not include current escrow information and may not accurately reflect your actual or projected escrow activity. Please inform this office immediately of your current tax and insurance information by calling 800-931-2424 in order to re-establish your escrow account. Insurance information may not be calculated into this analysis if the information was not provided to the Servicer. Please note, once annual insurance premium information has been provided, the payment must be re-projected.

These are the escrow items we anticipate we will collect for or pay on your behalf in your upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal Law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

### ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR

| Month - Year | To Escrow | Shortage | From Escrow | Description | Escrow Balance Projected | Escrow Balance Required |
|---|---|---|---|---|---|---|
| | | | | Required Deposit | $1,746.19 | $2,085.47 |
| April-2020 | $361.55 | $28.27 | $0.00 | | $2,136.01 | $2,447.02 |
| May-2020 | $361.55 | $28.27 | $1,529.94 | Franklin County Treasurer (OH) | $995.89 | $1,278.63 |
| June-2020 | $361.55 | $28.27 | $0.00 | | $1,385.71 | $1,640.18 |
| July-2020 | $361.55 | $28.27 | $1,278.63 | Nationwide Insurance | $496.90 | $723.10 * |
| August-2020 | $361.55 | $28.27 | $0.00 | | $886.72 | $1,084.65 |
| September-2020 | $361.55 | $28.27 | $0.00 | | $1,276.54 | $1,446.20 |
| October-2020 | $361.55 | $28.27 | $0.00 | | $1,666.36 | $1,807.75 |
| November-2020 | $361.55 | $28.27 | $0.00 | | $2,056.18 | $2,169.30 |
| December-2020 | $361.55 | $28.27 | $1,529.94 | Franklin County Treasurer (OH) | $916.06 | $1,000.91 |
| January-2021 | $361.55 | $28.27 | $0.00 | | $1,305.88 | $1,362.46 |
| February-2021 | $361.55 | $28.27 | $0.00 | | $1,695.70 | $1,724.01 |
| March-2021 | $361.55 | $28.27 | $0.00 | | $2,085.52 | $2,085.56 |
| Total : | $4,338.60 | $339.24 | $4,338.51 | | | |

Account:                    Statement Date: 02-01-2020

\* This is your Low Point.  The Low Point is zero plus the allowed reserve as guided by the  Real Estate Settlement and  Procedure Act (RESPA). Reserve amount by Federal Law (RESPA) is two times your monthly Escrow Payment (T&I) Excluding (MIP,PMI) unless State Law specifies a lower amount.

The following statement of activity in your escrow account from **December 2019**   To  **March 2020**  displays actual activity as it occurred in your escrow account during that period.

| PRIOR YEAR ESCROW PAYMENT ACTIVITY December 2019 - March 2020 | | | | |
|---|---|---|---|---|
| **Month - Year** | **Payments To Escrow** | **Payments From Escrow** | **Description** | **Balance** |
| December-2019 | $360.13 | $0.00 | JOHN G VOLLMER | $360.13 |
| December-2019 | $0.00 | $360.13 | JOHN G VOLLMER | $0.00 |
| December-2019 | $360.13 | $0.00 | JOHN G VOLLMER | $360.13 |
| January-2020 | $360.13 | $0.00 | JOHN G VOLLMER | $720.26 |
| January-2020 | $0.00 | $360.13 | JOHN G VOLLMER | $360.13 |
| January-2020 | $360.13 | $0.00 | JOHN G VOLLMER | $720.26 |
| January-2020 | $0.00 | $1,529.94 | Franklin County Treasurer (OH) | ($809.68) |
| January-2020 | $1,475.48 | $0.00 | JOHN G VOLLMER | $665.80 |
| February-2020 | $0.00 | $0.00 | | $665.80 |
| March-2020 | $0.00 | $0.00 | | $665.80 |
| Total : | **$2,916.00** | **$2,250.20** | | |

***Note: FCI Lender Services, Inc. is a debt collector and is attempting to collect a debt.
Any information obtained will be used in furtherance of that purpose.***

IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU HAVE RECEIVED A BANKRUPTCY DISCHARGE, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. Please see IMPORTANT DISCLOSURES enclosed.

Account:                             Statement Date: 02-01-2020

## IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s Agent in Colorado is Cogency Global Inc., 7700 E. Arapahoe Road, Suite 220, Centennial, Colorado 80112; PH: 303-309-3839.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.  A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:**  NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## CERTIFICATE OF SERVICE

On February 19, 2020, I served the foregoing documents described as NOTICE OF MORTGAGE PAYMENT CHANGE the following individuals by electronic means through the Court's ECF program:

DEBTOR'S COUNSEL
Jennifer G CaJacob
jennifer@cajacoblawgroup.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Marlen Gomez
Marlen Gomez

On February 19, 2020, I served the foregoing documents described as NOTICE OF MORTGAGE PAYMENT CHANGE on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
John Vollmer
6011 Sharon Woods Blvd.
Columbus, OH 43229

JOINT DEBTOR
Doris Vollmer
6011 Sharon Woods Blvd.
Columbus, OH 43229

TRUSTEE
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 1600
Columbus, OH 43215-3419

U.S. TRUSTEE
Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Marlen Gomez
Marlen Gomez