# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:  Case No: 18-55620
    John Vollmer, and
    Doris Vollmer  Chapter 13

*Debtor(s)*  Judge John E. Hoffman, Jr.

## DEBTORS' AMENDED MOTION TO MODIFY PLAN POST-CONFIRMATION

The Debtors, by their attorney, hereby move to modify their Chapter 13 plan. In support of this amended motion they aver:

1. The debtors' Chapter 13 plan was confirmed on May 15, 2019.

2. The confirmed Chapter 13 plan, calls for debtors to pay $3,790.00 per month, beginning October 2020. The general unsecured dividend is 5.76%.

3. Due to Covid-19, debtor husband's employer did not offer him any hours to work from mid March 2020 through October 2020. He has recently resumed his work schedule. Because of this lengthy reduction in income, debtors have fallen behind on household utilities, household maintenance, personal medical care and their Chapter 13 plan payment. Pursuant to the recently enacted CARES Act, H.R. 748, debtors would like to extend their Chapter 13 Plan length to 84 months and reduce the Chapter 13 Plan payment to $2,680.00 per month starting with the October 2020 payment.

4. The modification proposed by the debtors will not modify the rights of any secured claim holders. The modification will not modify the rights of the holders of unsecured claims.

5. The modified plan is estimated to complete in 84 months.

6. A proposed modified plan is attached hereto and a copy of the same, together with a copy of this motion, has been sent to the Chapter 13 Trustee, U.S. Trustee, and to the holders of claims.

**WHEREFORE,** the Debtors pray that they be permitted to amend the plan to conform to the attached amended plan pursuant to 11 U.S.C. Sec. 1329.

DATE:  11/23/2020

/s/ Jennifer G. CaJacob
Jennifer G. CaJacob (0072689)
Attorney for Debtors
470 Olde Worthington Rd., Ste. 200
Columbus, Ohio 43082
(614) 410-6640 Telephone
(614) 364-4800 Facsimile
jennifer@cajacoblawgroup.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:  
   John Vollmer, and  
   Doris Vollmer  

       *Debtor(s)*

Case No: 18-55620

Chapter 13

Judge John E. Hoffman, Jr.

## AMENDMENT TO CONFIRMED CHAPTER 13 PLAN

**Now come the debtors herein, to amend the plan to state:**

Debtors' plan payment shall be $2,680.00 beginning October 2020 per month for the remainder of the plan. The modified plan shall complete in no more than 84 months.

**Dated:** 11/23/2020

/s/ Jennifer G. CaJacob  
Attorney for Debtors

## Debtor Verification

       We declare under penalty of perjury that we have read the attached amendments and that they are true and correct to the best of our knowledge, information or belief.


Date:  11/23/2020


 /s/ John Vollmer                                   /s/ Doris Vollmer
John Vollmer                                        Doris Vollmer

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:  
    John Vollmer, and  
    Doris Vollmer

        *Debtor(s)*

Case No: 18-55620

Chapter 13

Judge John E. Hoffman, Jr.

## NOTICE AND CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached Amended Motion to Modify Plan Post-Confirmation was served electronically or by ordinary US mail this date on the parties whose names and full addresses are listed below and for NOTICE that the attached Amended Motion to Modify Plan Post-Confirmation has been filed. The undersigned will present to the Court a proposed order granting the Amended Motion to Modify Plan Post-Confirmation sought unless within twenty-one (21) days after this date a written memorandum in opposition, along with a request or a hearing on such opposition, is filed with the Clerk of Court, 170 N. High Street, Columbus, Ohio and served on the undersigned.

DATE:  11/23/2020

   /s/ Jennifer G. CaJacob  
Jennifer G. CaJacob (0072689)  
470 Olde Worthington Rd., Ste. 200  
Columbus, Ohio 43082  
Attorney for Debtors  
(614) 410-6640 Telephone  
(614) 364-4800 Facsimile  
jennifer@cajacoblawgroup.com

<u>**SERVED ELECTRONICALLY**</u>:
Faye D. English
Chapter 13 Trustee

U.S. Trustee

<u>**SERVED VIA REGULAR U.S. MAIL**</u>
See attached creditor mailing matrix

| | | |
|---|---|---|
| Fill in this information to identify your case: | | |
| Debtor 1 | John Vollmer | |
| Debtor 2 (Spouse, if filing) | Doris Vollmer | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | |
| Case number (If known) | 18-55620 | |

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | Clerk | |
| Employer's name | Lowe's Garden Center | |
| Employer's address | 4141 Morse Crossing<br>Columbus, OH 43219 | |
| How long employed there? | 5.5 months | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 1,238.55 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 1,238.55 | $ 0.00 |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Debtor 1 | John Vollmer | | | |
| | Debtor 2 | Doris Vollmer | | Case number (*if known*) | 18-55620 |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | | $ 1,238.55 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | | $ 136.88 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 136.88 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 1,101.67 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | | $ 1,698.63 | $ 1,614.80 |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | | $ 1,422.27 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 3,120.90 | $ 1,614.80 |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 4,222.57 + $ 1,614.80 = | $ 5,837.37 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.**<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.<br>Specify: | 11. | +$ | | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ | | 5,837.37 |
| | | | | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: 

Official Form 106I        Schedule I: Your Income        page 2

Fill in this information to identify your case:

Debtor 1: John Vollmer

Debtor 2 (Spouse, if filing): Doris Vollmer

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (If known): 18-55620

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  _____ MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ☒ Yes. Does Debtor 2 live in a separate household?
     - ☒ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No
   Do not list Debtor 1 and Debtor 2. ☐ Yes. Fill out this information for each dependent.
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☒ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 0.00

   If not included in line 4:
   - 4a. Real estate taxes    4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   - 4c. Home maintenance, repair, and upkeep expenses    4c. $ 220.00
   - 4d. Homeowner's association or condominium dues    4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0.00

| Debtor 1 | **John Vollmer** | | Case number (if known) | **18-55620** |
|---|---|---|---|---|
| Debtor 2 | **Doris Vollmer** | | | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | 375.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | | 135.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | 320.70 |
| | 6d. Other. Specify: | 6d. $ | | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | | 550.00 |
| 8. | **Childcare and children's education costs** | 8. $ | | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | 50.00 |
| 10. | **Personal care products and services** | 10. $ | | 110.00 |
| 11. | **Medical and dental expenses** | 11. $ | | 375.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | 45.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | 0.00 |
| | 15b. Health insurance | 15b. $ | | 360.67 |
| | 15c. Vehicle insurance | 15c. $ | | 316.00 |
| | 15d. Other insurance. Specify: | 15d. $ | | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | 0.00 |
| | 17c. Other. Specify: | 17c. $ | | 0.00 |
| | 17d. Other. Specify: | 17d. $ | | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. Mortgages on other property | 20a. $ | | 0.00 |
| | 20b. Real estate taxes | 20b. $ | | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 3,157.37 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 3,157.37 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | 5,837.37 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | | 3,157.37 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | | 2,680.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. | Explain here:

```
Label Matrix for local noticing            Synchrony Bank                              Wilmington Savings Fund Society, FSB
0648-2                                     c/o PRA Receivables Management, LLC         AMIP Management
Case 2:18-bk-55620                         PO Box 41021                                3020 Old Ranch Parkway, Suite 180
Southern District of Ohio                  Norfolk, VA 23541-1021                      Seal Beach, CA 90740-2799
Columbus
Mon Nov 23 10:34:03 EST 2020

American Honda Finance Corporation         Asst US Trustee (Col)                       (p)BANK OF AMERICA
PO Box 997518                              Office of the US Trustee                    PO BOX 982238
Sacramento, CA 95899-7518                  170 North High Street                       EL PASO TX 79998-2238
                                           Suite 200
                                           Columbus, OH 43215-2417

Bank of America, N.A.                      Bethany J. Hamilton                         Capital One
P O Box 982284                             Assistant United States Attorney            PO Box 30285
El Paso, TX 79998-2284                     303 Marconi Boulevard, Suite 200            Salt Lake City, UT 84130-0285
                                           Columbus, OH 43215-2840

Citicards                                  City of Columbus                            City of Columbus Division of Income Tax
PO Box 6500                                Income Tax Division                         77 N front St 2nd Floor
Sioux Falls, SD 57117-6500                 50 West Gay St., 4th Floor                  Columbus OH 43215-1895
                                           Columbus, OH 43215-9037

Columbus Appraisal Company, LLC            Comenity Bank/Petland                       Department Stores National Bank
520 S State St, Ste 186                    PO Box 182120                               c/o Quantum3 Group LLC
Westerville, OH 43081-2970                 Columbus, OH 43218-2120                     PO Box 657
                                                                                       Kirkland, WA  98083-0657

Huntington National Bank                   I C Systems Collections                     Internal Revenue Service
41 S. High St.                             PO Box 64378                                PO Box 7346
Columbus, OH 43215-3406                    Saint Paul, MN 55164-0378                   Philadelphia, PA 19101-7346

Kohls Department Store                     LVNV Funding, LLC its successors and assigns  LVNV Funding, LLC its successors and assigns
PO Box 3115                                assignee of Citibank, N.A.                  assignee of MHC Receivables, LLC and
Milwaukee, WI 53201-3115                   Resurgent Capital Services                  FNBM, LLC
                                           PO Box 10587                                Resurgent Capital Services
                                           Greenville, SC 29603-0587                   PO Box 10587
                                                                                       Greenville, SC 29603-0587

(p)DSNB MACY S                             Midland Funding DE LLC                      Midland Funding LLC
CITIBANK                                   8875 Aero Drive, Suite 200                  PO Box 2011
1000 TECHNOLOGY DRIVE MS 777               San Diego, CA 92123-2255                    Warren, MI 48090-2011
O FALLON MO 63368-2222

PRA Receivables Management, LLC            (p)PORTFOLIO RECOVERY ASSOCIATES LLC        Sears/CBNA
PO Box 41021                               PO BOX 41067                                PO Box 6497
Norfolk, VA 23541-1021                     NORFOLK VA 23541-1067                       Sioux Falls, SD 57117-6497

Synchrony Bank/Care Credit                 Synchrony Bank/JCPenney                     The Huntington National Bank
PO Box 965036                              PO Box 965064                               PO Box 89424
Orlando, FL 32896-5036                     Orlando, FL 32896-5064                      Cleveland, OH 44101-6424
```

| | | |
|---|---|---|
| U.S. Bank Trust National Association as<br>Trustee of the Igloo Series IV Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | US Attorney General<br>Main Justice Building Room 5111<br>10th & Constitution Ave. NW<br>Washington, DC 20530-0001 | US Bank NA<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 |
| Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City OK 731248838 | Wells Fargo Bank, N.A.<br>1000 Blue Genitian Road<br>Eagan, MN 55121-7700 | Wells Fargo Home Mortgage<br>7255 Baymeadows Wa<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Wilmington Savings Fund Society, FSB<br>C/O AMIP Management<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740-2799 | Doris Vollmer<br>6011 Sharon Woods Blvd.<br>Columbus, OH 43229-2646 | Faye D. English<br>Chapter 13 Trustee<br>10 West Broad Street<br>Suite 1600<br>Columbus, OH 43215-3416 |
| Jami S Oliver<br>Oliver Law Offices, Inc.<br>655 Metro Pl. S.<br>Suite 600<br>Dublin, OH 43017-3394 | Jennifer G CaJacob<br>470 Olde Worthington Rd.<br>Suite 200<br>Westerville, OH 43082-9127 | John Vollmer<br>6011 Sharon Woods Blvd.<br>Columbus, OH 43229-2646 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | Portfolio Recovery Associates<br>120 Corporate Blvd.<br>Suite 100<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ohio Department of Taxation | (u)US Bank Trust, NA | (u)Wells Fargo Bank, N.A. |

End of Label Matrix
Mailable recipients     41
Bypassed recipients      3
Total                   44