# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:                                                Case No: 18-55620

    John Vollmer, and

    Doris Vollmer                                  Chapter 13

          *Debtor(s)*                             Judge John E. Hoffman, Jr.

## DEBTORS' SECOND AMENDED MOTION TO MODIFY PLAN POST-CONFIRMATION

The Debtors, by their attorney, hereby move to modify their Chapter 13 plan. In support of this amended motion they aver:

1. The debtors' Chapter 13 plan was confirmed on May 15, 2019.

2. The confirmed Chapter 13 plan, calls for debtors to pay $3,790.00 per month, beginning October 2020. The general unsecured dividend is 5.76%.

3. Due to Covid-19, debtor husband's employer did not offer him any hours to work from mid March 2020 through October 2020. He has recently resumed his work schedule. Because of this lengthy reduction in income, debtors have fallen behind on household utilities, household maintenance, personal medical care and their Chapter 13 plan payment. Pursuant to the recently enacted CARES Act, H.R. 748, debtors would like to extend their Chapter 13 Plan length to 84 months and reduce the Chapter 13 Plan payment to $2,580.00 per month for the October 2020. The payment shall increase to $2,680.00 per month for the months of November and December 2020. Then, beginning January 2021, the plan payment shall increase to $2,850 for the remainder of the plan.

4. The modification proposed by the debtors will not modify the rights of any secured claim holders.  The modification will not modify the rights of the holders of unsecured claims.

5. The modified plan is estimated to complete in 84 months.

6. A proposed modified plan is attached hereto and a copy of the same, together with a copy of this motion, has been sent to the Chapter 13 Trustee, U.S. Trustee, and to the holders of claims.

**WHEREFORE,** the Debtors pray that they be permitted to amend the plan to conform to the attached amended plan pursuant to 11 U.S.C. Sec. 1329.

DATE:  12/24/2020

/s/ Jennifer G. CaJacob
Jennifer G. CaJacob (0072689)
Attorney for Debtors
470 Olde Worthington Rd., Ste. 200
Columbus, Ohio 43082
(614) 410-6640 Telephone
(614) 364-4800 Facsimile
jennifer@cajacoblawgroup.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:  
    John Vollmer, and  
    Doris Vollmer

        *Debtor(s)*

Case No: 18-55620

Chapter 13

Judge John E. Hoffman, Jr.

## AMENDMENT TO CONFIRMED CHAPTER 13 PLAN

**Now come the debtors herein, to amend the plan to state:**

Debtors' plan payment shall be $2,580.00 in October 2020. The payment shall increase to $2,680 per month for the months of November and December 2020. Beginning January 2021, the payment shall increase to $2,850 for the remainder of the plan. The modified plan shall complete in no more than 84 months.

**Dated:**   12/24/2020

/s/ Jennifer G. CaJacob  
Attorney for Debtors

## **Debtor Verification**

      We declare under penalty of perjury that we have read the attached amendments and that they are true and correct to the best of our knowledge, information or belief.


Date:  12/24/2020


 /s/ John Vollmer                                         /s/ Doris Vollmer  
John Vollmer                                             Doris Vollmer

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
    John Vollmer, and  
    Doris Vollmer

        *Debtor(s)*

Case No: 18-55620

Chapter 13

Judge John E. Hoffman, Jr.

## NOTICE AND CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached Second Amended Motion to Modify Plan Post-Confirmation was served electronically or by ordinary US mail this date on the parties whose names and full addresses are listed below and for NOTICE that the attached Second Amended Motion to Modify Plan Post-Confirmation has been filed. The undersigned will present to the Court a proposed order granting the Amended Motion to Modify Plan Post-Confirmation sought unless within twenty-one (21) days after this date a written memorandum in opposition, along with a request or a hearing on such opposition, is filed with the Clerk of Court, 170 N. High Street, Columbus, Ohio and served on the undersigned.

DATE:  12/24/2020

    /s/ Jennifer G. CaJacob  
Jennifer G. CaJacob (0072689)  
470 Olde Worthington Rd., Ste. 200  
Columbus, Ohio 43082  
Attorney for Debtors  
(614) 410-6640 Telephone  
(614) 364-4800 Facsimile  
jennifer@cajacoblawgroup.com

***SERVED ELECTRONICALLY***:
Faye D. English
Chapter 13 Trustee

U.S. Trustee

***SERVED VIA REGULAR U.S. MAIL***
See attached creditor mailing matrix

Fill in this information to identify your case:

Debtor 1: **John Vollmer**

Debtor 2: **Doris Vollmer**
(Spouse, if filing)

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**

Case number: **18-55620**
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
   | Occupation | Clerk | |
   | Employer's name | Lowe's Garden Center | |
   | Employer's address | 4141 Morse Crossing<br>Columbus, OH 43219 | |
   | How long employed there? | 5.5 months | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **1,238.55** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **1,238.55** | $ **0.00** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---:|---:|
| | Copy line 4 here | 4. | $ 1,238.55 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. $ | 136.88 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. $ | 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. $ | 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. $ | 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. $ | 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. $ | 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. $ | 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ $ | 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 136.88 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ | 1,101.67 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. $ | 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. $ | 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. $ | 1,698.63 | $ 1,614.80 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $ | 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. $ | 1,422.27 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ $ | 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 3,120.90 | $ 1,614.80 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 4,222.57 + $ 1,614.80 = | $ 5,837.37 |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | 11. +$ | | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. $ | | 5,837.37 **Combined monthly income** |

Debtor 1: John Vollmer
Debtor 2: Doris Vollmer
Case number (*if known*) 18-55620

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1    John Vollmer

Debtor 2    Doris Vollmer
(Spouse, if filing)

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number  18-55620
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☒ Yes. **Does Debtor 2 live in a separate household?**

       ☒ No
   
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☒ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent.....

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  |  | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 170.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | **John Vollmer** | | Case number (if known) | **18-55620** |
|---|---|---|---|---|
| Debtor 2 | **Doris Vollmer** | | | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | 375.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | | 135.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | 320.70 |
| | 6d. Other. Specify: | 6d. $ | | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | | 450.00 |
| 8. | **Childcare and children's education costs** | 8. $ | | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | 50.00 |
| 10. | **Personal care products and services** | 10. $ | | 90.00 |
| 11. | **Medical and dental expenses** | 11. $ | | 375.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | 45.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | 0.00 |
| | 15b. Health insurance | 15b. $ | | 360.67 |
| | 15c. Vehicle insurance | 15c. $ | | 316.00 |
| | 15d. Other insurance. Specify: | 15d. $ | | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | 0.00 |
| | 17c. Other. Specify: | 17c. $ | | 0.00 |
| | 17d. Other. Specify: | 17d. $ | | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. Mortgages on other property | 20a. $ | | 0.00 |
| | 20b. Real estate taxes | 20b. $ | | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 2,987.37 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 2,987.37 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | 5,837.37 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | | 2,987.37 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | | 2,850.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
 For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

 ■ No.
 ☐ Yes.    Explain here:

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:18-bk-55620<br>Southern District of Ohio<br>Columbus<br>Thu Dec 24 14:53:56 EST 2020 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Wilmington Savings Fund Society, FSB<br>AMIP Management<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740-2799 |
| American Honda Finance Corporation<br>PO Box 997518<br>Sacramento, CA 95899-7518 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bethany J. Hamilton<br>Assistant United States Attorney<br>303 Marconi Boulevard, Suite 200<br>Columbus, OH 43215-2840 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Citicards<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | City of Columbus<br>Income Tax Division<br>50 West Gay St., 4th Floor<br>Columbus, OH 43215-9037 | City of Columbus Division of Income Tax<br>77 N front St 2nd Floor<br>Columbus OH 43215-1895 |
| Columbus Appraisal Company, LLC<br>520 S State St, Ste 186<br>Westerville, OH 43081-2970 | Comenity Bank/Petland<br>PO Box 182120<br>Columbus, OH 43218-2120 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Huntington National Bank<br>41 S. High St.<br>Columbus, OH 43215-3406 | I C Systems Collections<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohls Department Store<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Midland Funding DE LLC<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sears/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Synchrony Bank/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank/JCPenney<br>PO Box 965064<br>Orlando, FL 32896-5064 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 |

| | | |
|---|---|---|
| U.S. Bank Trust National Association as<br>Trustee of the Igloo Series IV Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | US Attorney General<br>Main Justice Building Room 5111<br>10th & Constitution Ave. NW<br>Washington, DC 20530-0001 | US Bank NA<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 |
| Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City OK 731248838 | Wells Fargo Bank, N.A.<br>1000 Blue Genitian Road<br>Eagan, MN 55121-7700 | Wells Fargo Home Mortgage<br>7255 Baymeadows Wa<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Wilmington Savings Fund Society, FSB<br>C/O AMIP Management<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740-2799 | Doris Vollmer<br>6011 Sharon Woods Blvd.<br>Columbus, OH 43229-2646 | Faye D. English<br>Chapter 13 Trustee<br>10 West Broad Street<br>Suite 1600<br>Columbus, OH 43215-3416 |
| Jami S Oliver<br>Oliver Law Offices, Inc.<br>655 Metro Pl. S.<br>Suite 600<br>Dublin, OH 43017-3394 | Jennifer G CaJacob<br>470 Olde Worthington Rd.<br>Suite 200<br>Westerville, OH 43082-9127 | John Vollmer<br>6011 Sharon Woods Blvd.<br>Columbus, OH 43229-2646 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | Portfolio Recovery Associates<br>120 Corporate Blvd.<br>Suite 100<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ohio Department of Taxation | (u)US Bank Trust, NA | (u)Wells Fargo Bank, N.A. |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44