**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: January 28, 2021**

John E. Hoffman, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:                                                Case No: 18-55620

John Vollmer, and
Doris Vollmer                              Chapter 13

        *Debtor(s)*                             Judge John E. Hoffman, Jr.

### ORDER APPROVING DEBTORS' AMENDED
### MOTION TO MODIFIY CHAPTER 13 PLAN (DOC. NO. 53)

Upon Debtors' Amended Motion to Modify Plan Post-Confirmation and Twenty-One (21) days having elapsed from the date of service of the motion and no objection having been filed, it is hereby ORDERED that debtors' plan payment shall be reduced to $2,580.00 per month for October 2020. The plan payment shall increase to $2,680.00 per month for November – December 2020. Beginning January 2021, the plan payment shall increase to $2,850.00 per month, for the remainder of the plan.

The general unsecured dividend shall be reduced to 0%. The plan shall complete in no more than 84 months.

**IT IS SO ORDERED.**

Copies to:
Default List

###